IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BANK OF AMERICA, N.A.,

                Plaintiff,

  v.

CHAD S. ETHUN, MARK ETHUN,
PAUL H. ETHUN, TARA ETHUN,                     ORDER
UNKNOWN SPOUSE OF CHAD S. ETHUN,
UNKNOWN SPOUSE OF MARK ETHUN,              16-cv-624-jdp
UNKNOWN SPOUSE OF PAUL H. ETHUN,
SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, and UNKNOWN SPOUSE OF
TARA ETHUN,

                Defendants.

---

Plaintiff Bank of America filed a foreclosure action for property in DeForest, Wisconsin, against members of the Ethun family in Dane County Circuit Court. Chad, Mark, Paul, and Tara Ethun filed a notice of removal and a motion for leave to proceed *in forma pauperis*. After Mark Ethun followed up with a motion to withdraw the removal, Bank of America requested that the case be remanded. I issued an order stating that I could not remand the case solely on Mark's request, because he cannot represent his co-plaintiffs in the case. *See* Dkt. 10. I gave the Ethuns a deadline to respond to that order, but they did not. Bank of America filed two motions to remand the case, to which the Ethuns have not responded either. Because the Ethuns have not prosecuted the removal and it appears that the parties agree that the case should be litigated in state court, I will remand the case.

ORDER

IT IS ORDERED that this case is REMANDED to the Circuit Court for Dane County, Wisconsin. The clerk of court is directed to close this court's file and return the record to the state court.

Entered April 20, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge